**JS-6**

John C. Carpenter, Esq. (SBN 155610)
Sark Ohanian, Esq. (SBN 208905)
CARPENTER, ZUCKERMAN & ROWLEY, LLP
8827 West Olympic Boulevard
Beverly Hills, CA 90211-3613
Telephone: (310) 273-1230

Attorneys for Plaintiff,
YVON LLANO



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| YVON LLANO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, individually and doing business in California as TARGET, and DOES 1 to 50, Inclusive,<br><br>Defendants, | Case No. CV10 4696 R (FMOx)<br><br>[~~PROPOSED~~] ORDER JOINING NEW DEFENDANTS AND REMANDING THIS CASE BACK TO THE CALIFORNIA STATE COURT<br><br>[Pursuant to F.R.C.P., Rules 19, 20 & 21; and 28 U.S.C. § 1447(e)] |

## ORDER OF THE COURT

Pursuant to the Court's review and acceptance of the Joint Stipulation to Join New Defendants PEPSI-COLA BOTTLING CO. OF LOS ANGELES and PEPSI-COLA METROPOLITAN BOTTLING COMPANY, INC., and to Remand This Case Back to the California State Court filed jointly by plaintiff, YVON LLANO, and defendant, TARGET CORPORATION, on or about May 4, 2011, the Court makes the following orders:

Carpenter,
Zuckerman
& Rowley,
LLP

IT IS ORDERED that PEPSI-COLA BOTTLING CO. OF LOS ANGELES, a California Corporation, is hereby joined as a defendant to this action and is substituted in as the true name of fictitiously named DOE 1;

IT IS ORDERED that PEPSI-COLA METROPOLITAN BOTTLING COMPANY, INC., a New Jersey Corporation, is hereby joined as a defendant to this action and is substituted in as the true name of fictitiously named DOE 2;

IT IS FURTHER ORDERED that based upon the addition of the new parties, complete diversity is destroyed and thus, this case is hereby remanded to the South Central District of the Los Angeles County Superior Court, State of California.

Dated: May 5, 2011

Hon. Judge of the United States District Court